IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LAWNDRAY GRAYSON**                                                                       **PLAINTIFF**

V.                  **CASE NO. 4:18-CV-676-KGB-BD**

**DOC HOLLODAY, et al.**                                                   **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. Mr. Grayson may file written objections to this Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Grayson risks waiving the right to appeal questions of fact.

**II.**     **Discussion:**

Lawndray Grayson, formerly an inmate at the Pulaski County Regional Detention Facility ("Detention Facility"), filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) Mail sent to Mr. Grayson from the Court has been returned as "undeliverable." (#6, #8) Mr. Grayson has failed to inform the Court of his current address as required by the Court's local rules. See Local Rule 5.5.

By Order of October 10, 2018, Mr. Grayson was ordered to notify the Court of his current address within thirty days. (#7) The Court specifically cautioned him that his claims could be dismissed if he failed to update his address. To date, Mr. Grayson has failed to comply with the Court's Order, and the time for doing so has passed.

### III. Conclusion:

The Court recommends that Mr. Grayson's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's October 10, 2018 Order and his failure to prosecute this lawsuit.

DATED this 13th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE