# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LAWNDRAY GRAYSON**                                                                 **PLAINTIFF**

v.                           Case No. 4:18-cv-00676-KGB-BD

**DOC HOLLODAY,** *et al*.                                                            **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition from United States Magistrate Judge Beth Deere (Dkt. No. 9). Plaintiff Lawndray Grayson has not filed objections, and the time to do so has passed. The mail was returned undeliverable as to Mr. Grayson on November 20, 2018 (Dkt. No. 10). Local Rule of the United States District Court for the Eastern and Western Districts of Arkansas 5.5(c)(2) states that:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.

After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 9). Based on Mr. Grayson's failure to comply with the Court's October 10, 2018, Order and his failure to prosecute this lawsuit, the Court dismisses without prejudice his complaint (Dkt. No. 2). The Clerk is instructed to close this case.

It is so ordered, this the 10th day of February, 2020.

_____
Kristine G. Baker
United States District Judge