**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LAWNDRAY GRAYSON**                                                                            **PLAINTIFF**

**v.**                                  **Case No. 4:18-cv-00676-KGB-BD**

**DOC HOLLODAY,** *et al.*                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff

Lawndray Grayson's complaint is dismissed without prejudice.

So adjudged this 10th day of February, 2020.

_____
Kristine G. Baker
United States District Judge